**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| JERRY BENJAMIN SOPER, III,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>City of Buena Park, et. al.,<br><br>　　　　　　　Defendants. | Case No. SACV 24-1541-WDK (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that Judgment shall be entered DISMISSING this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: July 15, 2025

_____
     WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE