JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

JERRY BENJAMIN SOPER, III,

              Plaintiff,

     v.

City of Buena Park, et. al.,

             Defendants.

Case No. SACV 24-1541-WDK (AS)

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

    DATED: July 15, 2025

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE